1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  KATE L. SCARBOROUGH
   Chief Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2739

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    CR. NO. S-06-0242 GGH
                                )
12          Plaintiff,          )    STIPULATION AND ORDER
                                )
13     v.                       )
                                )    TRIAL: October 17, 2006
14 RICHIE L. MOORE and          )    TIME:  9:00 A.M.
   SANDY L. MOORE               )    JUDGE: Hon. Gregory G. Hollows
15                              )
            Defendants.         )
16 _____)

17

18      The defendants, Richie L. Moore and Sandy L. Moore through

19 their undersigned attorneys, and the United States, through its

20 undersigned attorney, agree and stipulate that the jury trial

21 currently scheduled for Tuesday, October 17, 2006, at 9:00 a.m.,

22 should be rescheduled for Monday, December 11, 2006, at 9:00 a.m.

23      Further, the parties agree that all pre-trial documents,

24 such as proposed voir dire questions, proposed jury instructions,

25 motions in limine, and trial briefs, should be submitted no later

26 than one week before the start of trial; this date would be

27 Monday, December 4, 2006.

28      The government is requesting the continuance because the

                                1

1   prosecuting attorney has a prior commitment scheduled to begin on
2   Thursday, October 19, 2006.  When the jury trial date was
3   originally scheduled for October 17, 2006, the government had a
4   good faith belief that the trial could be completed within two
5   days time.  Subsequently, however, the government has learned
6   that this two-defendant jury trial may exceed two days time for
7   completion.  Were the trial to exceed two days, the government
8   counsel would be unavailable to complete the trial.  Therefore,
9   the parties agree that the jury trial date should be continued to
10  December 11, 2006, to provide for continuity of counsel.
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    Further, the parties agree that under the Speedy Trial Act,

2  Title 18, United States Code, Section 3161, time should be

3  excluded up until the date of trial, under subsection

4  (h)(8)(B)(iv) of the Code, also known as local code T4, for

5  continuity of counsel or reasonable time to prepare.

6  DATED: October 12, 2006                    McGREGOR W. SCOTT
                                              United States Attorney
7

8                                    By: /s/ Matthew C. Stegman
                                         MATTHEW STEGMAN
9                                        Assistant U.S. Attorney

10 DATED: October 12, 2006                    DANIEL J. BRODERICK
                                              Federal Defender
11

12                                   By: /s/ Ned Smock
                                         NED SMOCK
13                                       Assistant Federal
                                         Defender, Counsel for
14                                       Defendant Richie L. Moore

15 DATED: October 12, 2006                    /s/ Dina L. Santos
                                              DINA L. SANTOS
16                                            Counsel for Defendant
                                              Sandy L. Moore

17                              ORDER

18    IT IS SO ORDERED.

19    For the reasons stated above, I find that the United States

20 needs a continuance of the jury trial date for the purpose of

21 continuity of counsel.  I find that the ends of justice warrant

22 an exclusion of time, and the need for continuity of counsel

23 exceeds the public interest in a trial within 70 days.  Time is

24 excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §

25 3161(h)(8)(B)(iv), until the trial date of December 11, 2006.

26 DATED: 10/18/06                        /s/ Gregory G. Hollows

27                                        HON. GREGORY G. HOLLOWS
   moore.ord                             U.S. Magistrate Judge
28

                              3